against the East Buffalo Brewing Company and others.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents.

---

LAMBERT et al., Appellants, v. JACKSON–STEINWAY CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Dennis A. Lambert and another against the Jackson-Steinway Company. No opinion. Motion denied, without prejudice to renewal thereof, if due diligence be not shown henceforth.

---

LASKA, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Edward Laska against Charles K. Harris. A. H. Rosenfeld, of New York City, for appellant. A. A. Mayper, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

LAWLER, Respondent, v. PITKIN HOLESWORTH WORSTED CO., Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Mary E. Lawler against the Pitkin Holesworth Worsted Company. E. C. Sherwood, of New York City, for appellant. J. A. Dutton, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re LAWRENCE. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) In the matter of the judicial settlement of the account of Gilbert F. Lawrence, as executor, etc., of Thomas Lawrence, deceased. No opinion. Decree of the Surrogate's Court of Rockland County affirmed, with costs.

---

LEGARE, Respondent, v. BUFFALO & FT. ERIE FERRY & RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Lionel Legare against the Buffalo & Ft. Erie Ferry & Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., not sitting.

---

LEGGETT, Respondent, v. VITAGRAPH CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Julius A. Leggett against the Vitagraph Company of America. No opinion. Judgment and order unanimously affirmed, with costs.

---

LEITER, Respondent, v. WAGER, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Isaac H. Leiter against Daniel P. Wager. R. Wiggins, of Middletown, for appellant. G. A. Washington of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LESKE v. WOLF. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Emil Leske against Lawrence B. Wolf and others. No opinion. Motion to resettle order denied. See, also, 138 N. Y. Supp. 859.

---

In re LESTER. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) In the matter of the judicial settlement of the account of Willard Lester, as executor of and trustee under the last will and testament of A. Gerald Hull, deceased.

PER CURIAM. Since the commencement of this proceeding the appellant has become entitled to the corpus of the estate. The matter is remitted to the Surrogate's Court to state the final accounts of the executors' and trustees, which he is directed to do with all possible speed. The determination of this appeal is held pending such determination, and until the same shall be certified to this court by said Surrogate's Court.

---

In re LETCHWORTH'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) In the matter of the transfer tax upon the estate of William Pryor Letchworth, deceased. No opinion. Order affirmed, without costs of this appeal to either party.

---

LEVY, Appellant, v. GOMPRECHT, Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Aleck W. Levy against Benjamin Gomprecht. A. B. Hyman, of New York City, for appellant. S. A. Lowenstein, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 139 N. Y. Supp. 1130.

---

LEVY v. GOMPRECHT. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Aleck W. Levy against Benjamin Gomprecht. No opinion. Motion denied. Order filed. See, also, 139 N. Y. Supp. 1130.

---

LICARI v. SILVER et al. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Appeal from Special Term, New York County. Action by Salvatore Licari, an infant, against Thomas Silver and another. From an order granting defendant's motion for a bill of particulars, plaintiff appeals. Modified and affirmed. Rosario Maggio, of New York City, for appellant. Benjamin F. Feiner, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified, by requiring the plaintiff to